UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL RECORDS, LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>       Plaintiffs,<br><br>  v.<br><br>RICHARD FOWLER,<br><br>       Defendant. | Civil Action No.:  1:08-cv-02141-RJL |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs CAPITOL RECORDS, *et al.*, by and through their attorneys, voluntarily dismiss this case with prejudice, each party to bear its/his/her own fees and costs.  The Clerk of Court is respectfully requested to close this case.

                   Respectfully submitted,

Dated: April 14, 2010       /s/
                   Matthew J. Oppenheim (D.C. Bar No. 443698)
                   The Oppenheim Group, LLP
                   7304 River Falls Drive
                   Potomac, MD  20854
                   (301) 299-4986

                   Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL RECORDS, LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>                    Plaintiffs,<br><br>    v.<br><br>RICHARD FOWLER,<br><br>                    Defendant. | Civil Action No.: 1:08-cv-02141-RJL |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **NOTICE OF DISMISSAL WITHOUT PREJUDICE** has been served upon the following non-CM/ECF participants by United States mail, properly addressed and postage prepaid, on this 14th day of April, 2010:

    Richard Fowler
    The George Washington University
    The Dakota, Room 204
    2100 F Street, NW
    Washington, DC 20052

    /s/
    Matthew J. Oppenheim (D.C. Bar No. 443698)
    The Oppenheim Group, LLP